UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STRIKE 3 HOLDINGS, LLC,      Plaintiff,

v.      Civil Action No. 3:24-cv-149-DJH-CHL

JOHN DOE,      Defendant.

\* \* \* \* \*

## **ORDER**

Plaintiff Strike 3 Holdings, LLC having filed a notice of voluntary dismissal without prejudice (Docket No. 11), no answer or motion for summary judgment having been filed by Defendant John Doe, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **CLOSED** and **STRICKEN** from the Court's active docket.

July 30, 2024

David J. Hale, Judge
United States District Court

1